UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Shedlov, | ) |
| | ) Court File No.: 10-CV-2027 ADM/JJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION TO EXTEND TIME** |
| | ) **TO ANSWER OR OTHERWISE** |
| Frederick J. Hanna & Associates, P.C., | ) **RESPOND** |
| | ) |
| Defendant. | ) |

Plaintiff Matthew Shedlov ("Shedlov"), by and through his undersigned counsel, and Defendant Frederick J. Hanna & Associates, P.C. ("Hanna"), by and through its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Shedlov filed the initial Complaint on May 11, 2010; and

WHEREAS, the parties have agreed that there is good reason to extend the deadline for Hanna to answer or otherwise respond to the Complaint to June 30, 2010, so that Hanna has a full and fair opportunity to fully respond.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Hanna, without waiver of any defenses, shall have through and including June 30, 2010 to answer or otherwise respond to the Complaint;

2. The parties stipulate to the entry of an appropriate order so providing.

Respectfully submitted,

Dated:  June 17, 2010.                    **HINSHAW & CULBERTSON LLP**


   s/Thomas P. Kane
Thomas P. Kane, Reg. No. 00053491
Accenture Tower
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone:  612-333-3434
Fax:  612-334-8888

ATTORNEYS FOR FREDERICK J. HANNA
& ASSOCIATES, P.C.

Dated:  June 17, 2010                     **MARSO AND MICHELSON, P.A.**


   s/Patrick L. Hayes
Patrick L. Hayes, Reg. No. 0389869
3101 Irving Avenue South
Minneapolis, MN  55408
Telephone:  612-821-4817

ATTORNEYS FOR PLAINTIFF
MATTHEW SHEDLOV

2